## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**TERRI DAVIS,**

    Plaintiff,

v.                                                   Case No. 13-cv-0254 BRB/SMV

**TEXAS NEW MEXICO RAILROAD;**
**IOWA PACIFIC HOLDINGS, LLC;**
**PERMIAN BASIN RAILWAYS, INC.;**
**KURTIS LINDSEY; and MACK MORALES;**

    Defendants.

## ORDER GRANTING JOINT MOTION TO VACATE SETTLEMENT CONFERENCE

THIS MATTER is before the Court on the Joint Motion to Vacate Settlement Conference [Doc. 12].  Movants request that the Court vacate the June 6, 2013 settlement conference in Albuquerque, New Mexico.  The Court, being informed that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the motion is well-taken and should granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Vacate Settlement Conference [Doc. 12] is **GRANTED**.  The settlement conference set in this matter for June 6, 2013 is hereby **VACATED** and will be rescheduled at a later date.

**IT IS SO ORDERED**.

                                                                        _____
                                                                        **STEPHAN M. VIDMAR**
                                                                        **United States Magistrate Judge**