# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**TERRI DAVIS,**

    Plaintiff,

v.                                Case No. 13-cv-0254 BRB/SMV

**TEXAS NEW MEXICO RAILROAD;**
**IOWA PACIFIC HOLDINGS, LLC;**
**PERMIAN BASIN RAILWAYS, INC.;**
**KURTIS LINDSEY; and MACK MORALES;**

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

THIS MATTER is before the Court on a Rule 16 scheduling conference. Following a review of the parties' Amended Joint Status Report and Provisional Discovery Plan [Doc. 20], filed August 27, 2013, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order, filed concurrently herewith.

                                                    _____
                                                  **STEPHAN M. VIDMAR**
                                                  **United States Magistrate Judge**