IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERRI DAVIS,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No. 13-cv-0254 BRB/SMV

TEXAS NEW MEXICO RAILROAD;
IOWA PACIFIC HOLDINGS, LLC;
PERMIAN BASIN RAILWAYS, INC.;
KURTIS LINDSEY; and MACK MORALES;

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:　　December 11, 2013, at 10:00 a.m.

**Matter to be heard**:　Setting a settlement conference

**IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic status conference is hereby set for December 11, 2013, at 10:00 a.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  Parties shall confer with Judge Vidmar to choose a new date on which to conduct a settlement conference.  Parties are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.